| **United States Bankruptcy Court**<br>**Eastern District of Missouri** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kennon, Gary, Alan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kennon, Linda, Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **3514** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **9910** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1002 Allen Landings Road**<br>**Perryville, MO**<br>       ZIP CODE **63775** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1002 Allen Landings Road**<br>**Perryville, MO**<br>       ZIP CODE **63775** |
| County of Residence or of the Principal Place of Business:<br>**Perry** | County of Residence or of the Principal Place of Business:<br>**Perry** |
| Mailing Address of Debtor (if different from street address):<br>       ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>       ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>       ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br><br> **Gary Alan Kennon, Linda Marie Kennon** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location <br> Where Filed:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X  **s/Frank J. Elpers**                    **4/23/2008** <br>  Signature of Attorney for Debtor(s)        Date <br>  **Frank J. Elpers**                    **29972/33234** |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gary Alan Kennon, Linda Marie Kennon** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Gary Alan Kennon**
　　Signature of Debtor　**Gary Alan Kennon**

X **s/ Linda Marie Kennon**
　　Linda Marie Kennon　**Linda Marie Kennon**

　　Telephone Number (If not represented by attorney)
　**4/23/2008**
　　Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐　Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
　　(Signature of Foreign Representative)

　　(Printed Name of Foreign Representative)

　　Date

### Signature of Attorney

X **s/Frank J. Elpers**
　　Signature of Attorney for Debtor(s)

**Frank J. Elpers  Bar No.  29972/33234**
　　Printed Name of Attorney for Debtor(s) / Bar No.

**Elpers & Inman, P.C.**
　　Firm Name

**601 Market St. P.O. Box 404**

　　Address

**Ste. Genevieve, MO  6 3670**

**573-883-5000**　　　　　　　**573-883-3536**
　　Telephone Number　　　　　　　　Fax Number
**4/23/2008**

　　Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
　　Printed Name and title, if any, of Bankruptcy Petition Preparer

　　Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

　　Address

X **Not Applicable**

　　Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
　　Signature of Authorized Individual

　　Printed Name of Authorized Individual

　　Title of Authorized Individual

　　Date

**United States Bankruptcy Court**

**Eastern District of Missouri**

In re  **Gary Alan Kennon    Linda Marie Kennon** _____ ,        Case No. _____

                                        Debtors

                                                Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $     155.000.00 | | |
| B - Personal Property | YES | 4 | $      54.353.89 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $     184.210.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       3,322.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $     532.496.18 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      2.713.91 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      3.590.46 |
| TOTAL | | 34 | $   209,353.89 | $     720,028.69 | |

**B6A (Official Form 6A) (12/07)**

In re: **Gary Alan Kennon   Linda Marie Kennon** _____,          Case No. _____

                                    **Debtors**                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Property located at 1002 Allen Landings, Perryville, MO 63775. (Surrendering)** | **Fee Owner** | **J** | **$ 155,000.00** | **$ 152,000.00** |
| | Total ➢ | | **$ 155,000.00** | |

                                                                        (Report also on Summary of Schedules.)

In re  **Gary Alan Kennon   Linda Marie Kennon**_____,    Case No. _____

_____**Debtors**_____                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash On Hand** | **J** | **25.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chester National Bank 1010 N. Main Perryville, MO 63775 Christmas Club Account Account #2689** | **W** | **50.13** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chester National Bank 1010 North Main Perryville, MO 63775 Checking Account Account #610010457** | **J** | **100.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chester National Bank 1010 North Main Perryville, MO 63775 Savings Account Account #2421** | **J** | **13.71** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chester National Bank 1010 North Main Perryville, MO 63775 Heather L. Bockman (Daughter's) Checking Account #650002869 Linda M. Kennon is the Representative Payee for Heather L. Bockman** | **W** | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | **J** | **305.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | **J** | **75.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re  **Gary Alan Kennon   Linda Marie Kennon**                               ,        Case No. _____
                                                            **Debtors**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Provident Life Insurance and Accident Insurance Company**<br>**Voluntary Workplace Benefits**<br>**Customer Loyalty Services**<br>**1 Fountain Square**<br>**Chattanooga, TN 37402**<br>**Whole Life Policy**<br>**Policy #D7674730**<br>**Policy Owner:  Linda Kennon**<br>**Insured:  Heather Buckman**<br>**Cash Value $23.01** | **W** | 23.01 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Edward Jones**<br>**403B Plan Through Employment at**<br>**Ste. Genevieve County Memorial Hospital**<br>**Hwy 32 & Hwy 61**<br>**Ste. Genevieve, MO 63670** | **W** | 1,727.56 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **The Northwestern Mutual Life Insurance Company**<br>**720 East Wisconsin Avenue**<br>**Milwaukee, WI 53202-4797**<br>**Contract No.  15986432**<br>**Simple IRA** | **W** | 1,334.48 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **G&L Homes, LLC** | **J** | 200.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Economic Stimulus Payment** | **J** | 1,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

In re  **Gary Alan Kennon   Linda Marie Kennon**_____,   Case No. _____

_____Debtors_____                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Oldsmobile Alero** **CD Player, Cruise Control, Air Conditioning, Power Windows, Power Locks** **Mileage 86,000** | J | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford Mustang** **Cruise Control, CD, Tilt Steering, Power Windows, Power Locks** **Mileage 44,000** | J | 10,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Pickup** **Leather Seats, CD, Cruise Control, Tilt, Steering, Power Windows, Power Locks, Power Seats, Heated Seats** **Mileage 35,978** | J | 30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**In re** <u>Gary Alan Kennon   Linda Marie Kennon</u> ,      **Case No.** _____

                          **Debtors**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **2005 Arctic Cat 4 Wheeler VIN #4UF05ATV75T261574** | H | **4,000.00** |

                <u>  3  </u>   continuation sheets attached          Total    >    **$ 54,353.89**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Gary Alan Kennon    Linda Marie Kennon**                                    Case No. _____

                                    Debtors                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:             ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                        $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2002 Oldsmobile Alero CD Player, Cruise Control, Air Conditioning, Power Windows, Power Locks Mileage 86,000** | **RSMo  § 513.430.1(5)** | **5,000.00** | **5,000.00** |
| **2005 Arctic Cat 4 Wheeler VIN #4UF05ATV75T261574** | **RSMo  § 513.440** | **100.00** | **4,000.00** |
|  | **RSMo § 513.430.1(3)** | **736.16** |  |
| **Cash On Hand** | **RSMo § 513.430.1(3)** | **25.00** | **25.00** |
| **Chester National Bank 1010 N. Main Perryville, MO 63775 Christmas Club Account Account #2689** | **RSMo § 513.430.1(3)** | **50.13** | **50.13** |
| **Chester National Bank 1010 North Main Perryville, MO 63775 Savings Account Account #2421** | **RSMo § 513.430.1(3)** | **13.71** | **13.71** |
| **Chester National Bank 1010 North Main Perryville, MO 63775 Checking Account Account #610010457** | **RSMo § 513.430.1(3)** | **100.00** | **100.00** |
| **Clothing** | **RSMo § 513.430.1(3)** | **75.00** | **75.00** |
| **Economic Stimulus Payment** | **RSMo  § 513.440** | **1,500.00** | **1,500.00** |
| **Edward Jones 403B Plan Through Employment at Ste. Genevieve County Memorial Hospital Hwy 32 & Hwy 61 Ste. Genevieve, MO 63670** | **RSMo  § 513.430.1(10)(f)** | **1,727.56** | **1,727.56** |
| **G&L Homes, LLC** | **RSMo § 513.430.1(3)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | **RSMo § 513.430.1(1)** | **305.00** | **305.00** |
| **Property located at 1002 Allen Landings, Perryville, MO 63775. (Surrendering)** | **RSMo  § 513.475** | **3,000.00** | **155,000.00** |

In re  **Gary Alan Kennon   Linda Marie Kennon** _____,   Case No. _____

Debtors (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Provident Life Insurance and Accident Insurance Company Voluntary Workplace Benefits Customer Loyalty Services 1 Fountain Square Chattanooga, TN 37402 Whole Life Policy Policy #D7674730 Policy Owner:  Linda Kennon Insured:  Heather Buckman Cash Value $23.01** | **RSMo  § 513.430.1(7)** | **23.01** | **23.01** |
| **The Northwestern Mutual Life Insurance Company 720 East Wisconsin Avenue Milwaukee, WI 53202-4797 Contract No.  15986432 Simple IRA** | **RSMo  § 513.430.1(10)(f)** | **1,334.48** | **1,334.48** |

In re  Gary Alan Kennon   Linda Marie Kennon                    .    Case No. _____
                          Debtors                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  41439330 | | J | Security Agreement | | | | 30,140.19 | 140.19 |
| Ford Credit<br>P.O. Box 105697<br>Atlanta, GA 30348-5697 | | | 2006 Ford Pickup<br>Leather Seats, CD, Cruise Control,<br>Tilt Steering, Power Windows, Power<br>Locks, Power Seats, Heated Seats<br>Mileage 35,978<br>Repoed | | | | | |
| Customer Service Center<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | | | _____<br>VALUE $30,000.00 | | | | | |
| Ford Credit<br>c/o Correspondence<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | | | | | | | | |
| National Bankruptcy Service Center<br>P.O. Box 537901<br>Livonia, MI 48153-7901 | | | | | | | | |
| Ford Credit<br>P.O. Box 152271<br>Irving, TX 75015 | | | | | | | | |
| FMC - Omaha Service Center<br>P.O. Box 54200<br>Omaha, NE 68154-8000 | | | | | | | | |
| Ford Motor Credit Company<br>P.O. Box 689007<br>Franklin, TN 37068-9007 | | | | | | | | |
| Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | | | | | | | | |

3    continuation sheets
     attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $        30,140.19 | $        140.19 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Gary Alan Kennon   Linda Marie Kennon**                    .        Case No. _____

                                    **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   34584942** | | J | 05/01/2003 **Security Agreement 2003 Ford Mustang Cruise Control, CD, Tilt Steering, Power Windows, Power Locks Mileage 44,000 Repoed** _____ **VALUE $10,000.00** | | | | 1,596.23 | -8,403.77 |
| **Ford Credit P.O. Box 105697 Atlanta, GA 30348-5697** | | | | | | | | |
| **Customer Service Center P.O. Box 542000 Omaha, NE 68154-8000** | | | | | | | | |
| **Ford Credit c/o Correspondence P.O. Box 542000 Omaha, NE 68154-8000** | | | | | | | | |
| **National Bankruptcy Service Center P.O. Box 537901 Livonia, MI 48153-7901** | | | | | | | | |
| **Ford Credit P.O. Box 152271 Irving, TX 75015** | | | | | | | | |
| **FMC-Omaha Service Center P.O. Box 54200 Omaha, NE 68154-8000** | | | | | | | | |
| **Ford Motor Credit Company P.O. Box 689007 Franklin, TN 37068-9007** | | | | | | | | |
| **Ford Motor Credit P.O. Box 542000 Omaha, NE 68154-8000** | | | | | | | | |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 1,596.23 | $ | (8,403.77) |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon**                                 .          Case No.  _____

_____
**Debtors**                                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0009944745** | | **J** | **01/01/2007** **Mortgage** **Property located at 1002 Allen Landings, Perryville, MO 63775. (Surrendering)** _____ **VALUE $155,000.00** | | | | **152,000.00** | **0.00** |
| **HSBC Mortgage Services** **P.O. Box 5249** **Carol Stream, IL 60197-5249** | | | | | | | | |
| **HSBC Mortgage Services** **Attn:  Payment Department** **1301 Tower Road** **Schaumburg, IL 60173** | | | | | | | | |
| **HSBC Mortgage Services** **P.O. Box 60113** **City of Industry, CA 91716** | | | | | | | | |
| **HSBC/MS** **P.O. Box 9068** **Brandon, FL 33509** | | | | | | | | |
| **HSBC Mortgage Services** **636 Grand Regency Blvd.** **Brandon, FL 33510-3942** | | | | | | | | |
| **HSBC Mortgage Services** **P.O. Box 1967** **Brandon, FL 33509-1967** | | | | | | | | |

Sheet no.  2  of  3  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $      **152,000.00** | $            **0.00** |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon** _____ .   Case No. _____

**Debtors**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0500007517150765** <br><br>**Sheffield Financial LLC** <br>**P.O. Box 1704** <br>**Clemmons, NC 27012** <br><br><br>**Sheffield Financial LLC** <br>**P.O. Box 890641** <br>**Charlotte, NC 28289-0641** <br><br>**Sheffield Financial Corp** <br>**2554 Lewisville Clemmons** <br>**Clemmons, NC 27012** | | J | **05/15/2005** <br>**Security Agreement** <br>**2005 Arctic Cat 4 Wheeler** <br>**VIN #4UF05ATV75T261574** <br>_____ <br>**VALUE $4,000.00** | | | | **474.00** | **0.00** |

Sheet no. 3 of 3 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $          **474.00** | $          **0.00** |
| $     **184,210.42** | $    **(8,263.58)** |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re    <u>Gary Alan Kennon    Linda Marie Kennon</u>         Case No.    <u>                  </u>

Debtors                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>   continuation sheets attached

In re  **Gary Alan Kennon    Linda Marie Kennon**                    Case No. _____
                                                                                                    (If known)
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **R57177**<br>**City of Perryville**<br>**215 North West**<br>**Perryville, MO 63755** | | J | **02/22/2008**<br>**Real Estate Taxes** | | | | **198.70** | **198.70** | **0.00** |
| ACCOUNT NO.   **151040021002**<br>**Diane M. Diebold, Collector**<br>**#1 Barton Square, Ste. #303**<br>**Jackson, MO 63755** | | J | **04/30/2008**<br>**Real Estate Taxes** | | | | **2,786.15** | **2,786.15** | **0.00** |
| ACCOUNT NO.   **142160001010**<br>**Diane M. Diebold, Collector**<br>**#1 Barton Square, Ste. #303**<br>**Jackson, MO 63755** | | J | **02/28/2008**<br>**Real Estate Taxes** | | | | **337.24** | **337.24** | **0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ **3,322.09** | $ **3,322.09** $ **0.00** |
| Total  ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **3,322.09** | |
| Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **3,322.09** $ **0.00** |

In re  **Gary Alan Kennon   Linda Marie Kennon**        Case No. _____

                **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **10032446016613685** | | H | 10/01/2003 | | | | 0.00 |
| **American General Finance**<br>**600 N Royal Ave**<br>**Evansville, IN 47715**<br><br>**American General Finance**<br>**Evansville Acct Re**<br>**600 N Royal Ave**<br>**Evansville, IN 47715**<br><br>**American General Finance**<br>**601 NW Second St**<br>**P.O. Box 59**<br>**Evansville, IN 47701-0059** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.  **74974351429094** | | J | 06/01/2003 | | | | 12,519.74 |
| **Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886-5102**<br><br>**Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884**<br><br>**Bank of America**<br>**4060 Ogletown Stanton Rd.**<br>**Mail Code DE5-019-03-07**<br>**Newark, DE 19713** | | | **Personal Loan** | | | | |

<u>15</u>  Continuation sheets attached

                                        Subtotal ➢ $       **12,519.74**

                                          Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Gary Alan Kennon   Linda Marie Kennon** _____         Case No. _____
                              **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5178052381396601** <br><br>**Capital One<br>P.O. Box 60024<br>City of Industry, CA 91716-0024**<br><br><br>**Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281** | | | **11/01/2003**<br><br>**Consumer Goods** | | | | **2,325.93** |
| ACCOUNT NO.   **4388642225664112** <br><br>**Capital One<br>P.O. Box 60024<br>City of Industry, CA 91716-0024**<br><br><br>**Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281** | | J | **01/01/2001**<br><br>**Consumer Goods** | | | | **2,069.56** |
| ACCOUNT NO.   **5291492225663901** <br><br>**Capital One<br>P.O. Box 60024<br>City of Industry, CA 91716-0024**<br><br><br>**Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281** | | W | **01/01/2002**<br><br>**Consumer Goods** | | | | **6,332.00** |

Sheet no.  1  of 15  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **10,727.49**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Alan Kennon   Linda Marie Kennon**                                    Case No. _____
                                    **Debtors**                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6019180003694508** | | **H** | **12/01/2004** | | | | **528.00** |
| **Car Care One**<br>**P.O. Box 960061**<br>**Orlando, FL 32896-0061**<br><br><br>**GE Money Bank**<br>**P.O. Box 960061**<br>**Orlando, FL 32896-0061**<br><br>**GEMB/Car Care One Tan**<br>**P.O. Box 981439**<br>**El Paso, TX 79998**<br><br>**Car Care/GEMB**<br>**P.O. Box 981439**<br>**c/o Cardholder Operations**<br>**El Paso, TX 79998-1439** | | | **Consumer Goods** | | | | |
| ACCOUNT NO. **5401683048562547** | | **H** | **06/01/2007** | | | | **1,453.59** |
| **Chase Cardmember Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014**<br><br><br>**Chase**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081**<br><br>**Chase Bank USA, NA**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | | **Consumer Goods** | | | | |

Sheet no. _2_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **1,981.59**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon**                      Case No. _____
                        **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4275623000034784** | | **J** | **09/01/1993** | | | | **1,690.00** |
| **Chester National Bank** **1112 State Street** **P.O. Box 327** **Chester, IL 62233-1659** | | | **Consumer Goods** | | | | |
| **VISA** **P.O. Box 4512** **Carol Stream, IL 60197-4512** | | | | | | | |
| **Chester National Bank** **1414 S Main** **Red Bud, IL 62278** | | | | | | | |
| **Chester National Bank** **165 W Broadway** **P.O. Box 257** **Sparta, IL 62286** | | | | | | | |
| **Chester National Bank** **1010 N Main** **P.O. Box 450** **Perryville, MO 63775** | | | | | | | |
| **Chester Savings Bank** **1112 State Street** **Chester, IL 62233-1659** | | | | | | | |

Sheet no.  3  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **1,690.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Gary Alan Kennon    Linda Marie Kennon**                          Case No. _____
                           **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5424180456177465** | | **J** | **06/01/2000** | | | | **7,837.00** |
| **Citi Cards** **P.O. Box 688910** **Des Moines, IA 50368-8910** | | | **Consumer Goods** | | | | |
| **Citi Cards** **Attn:  Payments Department** **1500 Boltonfield Street** **Columbus, OH 43228** | | | | | | | |
| **Citi** **P.O. Box 6241** **Sioux Falls, SD 57117-6241** | | | | | | | |
| **Citibank CBSD NA** **701 E 60th St. N** **Sioux Falls, SD 57104** | | | | | | | |

Sheet no.  4 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                 **7,837.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Gary Alan Kennon   Linda Marie Kennon**                  Case No. _____

Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **8740073955270** | | **J** | **02/01/2005** | | | | **0.00** |
| **Citi Residential Lending**<br>**10801 6th Street**<br>**Rancho Cucamonga, CA 91730** | | | **Consumer Goods** | | | | |
| **AMC Mortgage Services**<br>**P.O. Box 11000**<br>**Santa Ana, CA 92711** | | | | | | | |
| **AMC Mortgage Services**<br>**505 City Pkwy W Ste 10**<br>**Orange, CA 92868-2927** | | | | | | | |
| **Citi Residential Lending**<br>**505 City Pkwy W**<br>**Orange, CA 92868-2924** | | | | | | | |
| **Citi Residential Lending**<br>**10801 6th Street**<br>**Rancho Cucamon, CA 91730** | | | | | | | |
| **Citi Residential Lending**<br>**P.O. Box 11000**<br>**Santa Ana, CA 92711** | | | | | | | |

Sheet no.  5 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           **0.00**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



In re   **Gary Alan Kennon**    **Linda Marie Kennon**         Case No. _____

                              **Debtors**                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6032590056806630** | | **W** | **01/01/2006** | | | | **2,587.00** |
| **Citifinancial** **P.O. Box 183041** **Columbus, OH 43218-3041** **Citifinancial Retail Services** **P.O. Box 22060** **Tempe, AZ 85285-2060** **Citifinancial** **P.O. Box 22064** **Tempe, AZ 85285** **Citifinancial** **P.O. Box 6003** **Attn: Susan Walker** **Hagerstown, MD 21747-6003** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.   **607251133930** | | **J** | **08/01/1999** | | | | **0.00** |
| **Citifinancial** **P.O. Box 499** **Hanover, MD 21076-0499** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.   **672501130131664** | | **W** | **06/01/2006** | | | | **12,800.00** |
| **Citifinancial** **P.O. Box 6931** **The Lakes, NV 88901-6931** **Citifinancial Services, Inc.** **3441 E. William Street** **Cape Girardeau, MO 63701-9507** | | | **Consumer Goods** | | | | |

Sheet no. <u>6</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            **15,387.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **Gary Alan Kennon    Linda Marie Kennon**                    Case No. _____
                                    **Debtors**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **6072511336131664** | | **J** | **07/01/2006** | | | | **11,956.00** |
| **Citifinancial** **P.O. Box 499** **Hanover, MD 21076-0499** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.    **526114345** | | **J** | **07/01/2001** | | | | **581.00** |
| **Credit First** **P.O. Box 81344** **Cleveland, OH 44188-0344** **Credit First NA** **6275 Eastland Rd** **Brook Park, OH 44142** **Credit First National Associates** **P.O. Box 81083** **Cleveland, OH 44181-0083** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.    **6011298863263103** | | **J** | **12/01/2000** | | | | **4,135.00** |
| **Discover Card** **P.O. Box 30395** **Salt Lake City, UT 84130-0395** **Discover Financial Services LLC** **P.O. Box 15316** **Wilmington, DE 19850-5316** | | | **Consumer Goods** | | | | |
| ACCOUNT NO. | | **J** | **01/01/1999** | | | | **450,000.00** |
| **Don Welge** **State Street** **Chester, IL 62233** | | | **Consumer Goods** | | | | |

Sheet no. _7_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **466,672.00**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon**                              Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6004668053085236** <br><br> **Fashion Bug/Soanb** <br> **1103 Allen Dr.** <br> **Milford, OH 45150-8763** <br><br><br> **Spirit of America National Bank** <br> **Attn:  Jeanne Sills** <br> **1103 Allen Drive** <br> **Milford, OH 45150** | | J | **11/01/2001** <br><br> **Consumer Goods** | | | | **0.00** |
| ACCOUNT NO.  **6013041101724959** <br><br> **GEMB KS Merchandise** <br> **P.O. Box 981439** <br> **El Paso, TX 79998** <br><br><br> **K's Merchandise/Gemb** <br> **P.O. Box 981439** <br> **c/o Cardholder Operation** <br> **El Paso, TX 79998-1439** | | H | **08/01/1999** <br><br> **Consumer Goods** | | | | **0.00** |
| ACCOUNT NO.  **1367841762** <br><br> **GEMB/JCP** <br> **P.O. Box 981131** <br> **El Paso, TX 79998** <br><br><br> **GEMB/JCP** <br> **P.O. Box 981402** <br> **El Paso, TX 79998-1402** | | W | **07/01/2000** <br><br> **Consumer Goods** | | | | **0.00** |

Sheet no.  8 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                0.00



Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon    Linda Marie Kennon**                                Case No. _____

                                    **Debtors**                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **798222226034** <br><br>**GEMB/Lowes**<br>**P.O. Box 981064**<br>**El Paso, TX 79998**<br><br><br>**Gemb/Lowes**<br>**P.O. Box 981400, C811**<br>**El Paso, TX 79998-1400** |  | **J** | **10/01/2000**<br><br>**Consumer Goods** |  |  |  | **0.00** |
| ACCOUNT NO.  **5499441001258121** <br><br>**HSBC-GM Card**<br>**Dept. 9600**<br>**Carol Stream, IL 60128-9600**<br><br><br>**HSBC Bank**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197**<br><br>**HSBC Bank**<br>**12447 SW 69th Ave**<br>**Attn:  Dispute Processing**<br>**Tigard, OR 97223-8517** |  | **W** | **05/01/2002**<br><br>**Consumer Goods** |  |  |  | **1,587.00** |
| ACCOUNT NO.  **13694752961** <br><br>**JC Penney**<br>**P.O. Box 960090**<br>**Orlando, FL 32896-0090**<br><br><br>**GEMB/JCP**<br>**P.O. Box 981131**<br>**El Paso, TX 79998**<br><br>**GEMB/JCP**<br>**P.O. Box 981402**<br>**El Paso, TX 79998-1402** |  | **W** | **07/01/2000**<br><br>**Consumer Goods** |  |  |  | **208.00** |

Sheet no.  9  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **1,795.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon**                     Case No. _____
 
                              **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **34024966635** <br><br>**Kentucky Finance Company**<br>**1430 N Kingshighway St**<br>**Cape Girardeau, MO 63701** | | J | **08/01/1999**<br><br>**Consumer Goods** | | | | **0.00** |
| ACCOUNT NO.   **82130261313206** <br><br>**Lowe's**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970**<br><br><br>**Lowe's Business Account**<br>**P.O. Box 530970**<br>**Atlanta, GA 30353-0970** | | J | **10/01/2000**<br><br>**Consumer Goods** | | | | **1,778.00** |
| ACCOUNT NO.   **7982222260479013** <br><br>**Lowe's**<br>**P.O. Box 530914**<br>**Atlanta, GA 30353-0914**<br><br><br>**GEMB/Lowes**<br>**P.O. Box 981064**<br>**El Paso, TX 79998**<br><br>**GEMB/Lowes**<br>**P.O. Box 981400, C811**<br>**El Paso, TX 79998-1400** | | J | **10/01/2000**<br><br>**Consumer Goods** | | | | **382.36** |

Sheet no.  10  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                  **2,160.36**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **Gary Alan Kennon   Linda Marie Kennon**                          Case No. _____
                          **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **947107860210003** <br><br> **Sallie Mae Servicing** <br> **1002 Arthur Dr** <br> **Lynn Haven, FL 32444-1683** <br><br><br> **Sallie Mae** <br> **P.O. Box 9500** <br> **Wilkes Barre, PA 18773-9500** <br><br> **Sallie Mae** <br> **P.O. Box 9533** <br> **Wilkes Barre, PA 18773-9533** | | **W** | **04/01/1996** <br><br> **Student Loan** | | | | **1,045.00** |
| ACCOUNT NO.  **947107860210002** <br><br> **Sallie Mae Servicing** <br> **1002 Arthur Dr.** <br> **Lynn Haven, FL 32444-1683** <br><br><br> **Sallie Mae** <br> **P.O. Box 9500** <br> **Wilkes Barre, PA 18773-9500** <br><br> **Sallie Mae** <br> **P.O. Box 9533** <br> **Wilkes Barre, PA 18773-9533** | | **W** | **10/01/1995** <br><br> **Student Loan** | | | | **1,264.00** |

Sheet no. <u>11</u> of <u>15</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢ $                                        **2,309.00**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __Gary Alan Kennon   Linda Marie Kennon_____      Case No. _____

                            **Debtors**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   947107860210001 | | W | 10/01/1995 | | | | 1,380.00 |
| **Sallie Mae Servicing** **P.O. Box 9533** **Wilkes Barre, PA 18773-9533** | | | **Student Loan** | | | | |
| **Sallie Mae** **P.O. Box 9500** **Wilkes Barre, PA 18773-9500** | | | | | | | |
| **Sallie Mae Servicing** **1002 Arthur Dr.** **Lynn Haven, FL 32444-1683** | | | | | | | |
| **Sallie Mae** **P.O. Box 9533** **Wilkes Barre, PA 18773-9533** | | | | | | | |
| ACCOUNT NO.   7714100200825958 | | J | 09/01/2002 | | | | 359.00 |
| **Sam's Club** **P.O. Box 530942** **Atlanta, GA 30353-0942** | | | **Consumer Goods** | | | | |
| **GEMB/Sams Club** **P.O. Box 981064** **El Paso, TX 79998** | | | | | | | |
| **GEMB/Sams Club** **P.O. Box 981400** **El Paso, TX 79998** | | | | | | | |
| **Gemb/Sams Club** **Monogram Credit Card Bank** **P.O. Box 103036** **Roswell, GA 30076-9036** | | | | | | | |

Sheet no.  12  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                1,739.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon**                                        Case No. _____

                                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5121071881310001** | | **J** | **02/01/1991** | | | | **2,919.00** |
| **Sears Card** **P.O. Box 6936** **The Lakes, NV 88901-6936** **Sears/CBSD** **P.O. Box 6189** **Sioux Falls, SD 57117** **Sears/CBSD** **P.O. Box 6282** **Sioux Falls, SD 57117-6282** **Sears/CBSD** **13200 Smith Rd.** **Cleveland, OH 44130-7802** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.  **9910102K** | | **W** | **01/01/1997** | | | | **0.00** |
| **Student Loan Market Assistance** **2000 Bluffs Dr.** **Lawrence, KS 66044** **SM Servicing** **P.O. Box 9500** **Wilkes Barre, PA 18773-9500** | | | **Student Loan** | | | | |
| ACCOUNT NO.  **9910103K** | | **W** | **01/01/1997** | | | | **0.00** |
| **Student Loan Market Assistance** **2000 Bluffs Dr.** **Lawrence, KS 66044** **SM Servicing** **P.O. Box 9500** **Wilkes Barre, PA 18773-9500** | | | **Student Loan** | | | | |

Sheet no. _13_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **2,919.00**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Gary Alan Kennon   Linda Marie Kennon**                     Case No. _____
_____
                        **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9910101K** | | **W** | **01/01/1997** | | | | **0.00** |
| **Student Loan Market Assistance** **2000 Bluffs Dr.** **Lawrence, KS 66044** **SM Servicing** **P.O. Box 9500** **Wilkes Barre, PA 18773-9500** | | | **Student Loan** | | | | |
| ACCOUNT NO.   **4352378342551187** | | **J** | **08/01/1995** | | | | **2,369.00** |
| **Target** **P.O. Box 59317** **Minneapolis, MN 55459-0317** **Target NB** **P.O. Box 673** **Minneapolis, MN 55440** **TNB-Visa** **3701 Wayzata Blvd** **#2CF** **Minneapolis, MN 55416-3401** **Target National Bank** **Mail Stop 2BD** **Minneapolis, MN 55440-9475** | | | **Consumer Goods** | | | | |
| ACCOUNT NO.   **6032203260269559** | | **J** | **05/01/2000** | | | | **1,747.00** |
| **Walmart** **P.O. Box 530927** **Atlanta, GA 30353-0927** **GEMB/Walmart** **P.O. Box 981400, C77W** **El Paso, TX 79998-1400** | | | **Consumer Goods** | | | | |

Sheet no. <u>14</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $|  **4,116.00**

Total ➤ $|

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re <u>**Gary Alan Kennon    Linda Marie Kennon**</u>          Case No. _____
Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6032203485590094** <br><br> **Walmart** <br> **P.O. Box 530927** <br> **Atlanta, GA 30353-0927** <br><br><br> **GEMB/Walmart** <br> **P.O. Box 981400, C77W** <br> **El Paso, TX 79998-1400** | | **H** | **10/01/2006** <br><br> **Consumer Goods** | | | | **643.00** |

Sheet no. <u>15</u> of <u>15</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $           **643.00**

Total ➤ $      **532,496.18**

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

In re: <u>Gary Alan Kennon    Linda Marie Kennon</u>          Case No. _____
                                        **Debtors**                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**In re:** Gary Alan Kennon    Linda Marie Kennon                    .    Case No. _____
                                                    **Debtors**                                                                **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re **Gary Alan Kennon Linda Marie Kennon**          Case No. _____

_____          _____
                        **Debtors**                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**26** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Medical Assistant** |
| Name of Employer | | **Ste. Genevieve County Memorial Hospital** |
| How long employed | | **4 years 3 months** |
| Address of Employer | | **US Hwy 61 & 32**<br>**Ste. Genevieve, MO 63670** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 1,968.20 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,968.20 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 295.23 |
| b. Insurance | $ | 0.00 | $ | 124.73 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) **Life Insurance** | $ | 0.00 | $ | 4.33 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 424.29 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,543.91 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 601.00 |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) **Mentally Handicapped Daughter SSI** | $ | 0.00 | $ | 569.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 1,170.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 2,713.91 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,713.91 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

In re  **Gary Alan Kennon Linda Marie Kennon**                     ,          Case No. _____
                        **Debtors**                                                    **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,386.00 |
| a. Are real estate taxes included?    Yes _____  No ✓ | | |
| b. Is property insurance included?    Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 184.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 80.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 70.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 150.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real & Personal Property Taxes** | $ | 160.87 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **ATV** | $ | 136.59 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Student Loan Repayment** | $ | 123.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,590.46 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 2,713.91 |
| b. Average monthly expenses from Line 18 above | $ | 3,590.46 |
| c. Monthly net income (a. minus b.) | $ | -876.55 |

In re  **Gary Alan Kennon    Linda Marie Kennon**                                    Case No. _____
                                    **Debtors**                                                                 **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **4/23/2008** _____         Signature:   **s/ Gary Alan Kennon** _____
                                                                        **Gary Alan Kennon**
                                                                                     Debtor

Date:  **4/23/2008** _____         Signature:   **s/ Linda Marie Kennon** _____
                                                                        **Linda Marie Kennon**
                                                                                   (Joint Debtor, if any)

                                                         [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**

In re:  **Gary Alan Kennon    Linda Marie Kennon**_____,          Case No. _____
                                    Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 5,300.00 | **Leroy Kennon Construction LLC**<br>**P.O. Box 128**<br>**Perryville, MO 63775** | **2007** |
| 20,934.67 | **Ste. Genevieve County Memorial**<br>**Hospital**<br>**P.O. Box 468**<br>**800 Ste. Genevieve Drive**<br>**Ste. Genevieve, MO 63670** | **2007** |
| 13,673.12 | **Ste. Genevieve County Memorial**<br>**Hospital**<br>**P.O. Box 468**<br>**800 Ste. Genevieve Drive**<br>**Ste. Genevieve, MO 63670** | **2008** |

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 1,477.00 | Boyd Tunica, Inc. dba Sam's Town Hotel & Casino 1477 Casino Strip Blvd. P.O. Box 220 Robinsonville, MS 38664 Robinsonville, MS | 2006 |
| 1,563.00 | Boyd Tunica, Inc. dba Sam's Town Hotel & Casino 1477 Casino Strip Blvd P.O. Box 220 Robinsonville, MS 38664 | 2006 |
| 1,800.00 | Boyd Tunica, Inc. dba Sam's Town Hotel & Casino 1477 Casino Strip Blvd. P.O. Box 220 Robinsonville, MS 38664 | 2006 |
| 1,219.00 | Boyd Tunica, Inc. dba Sam's Town Hotel & Casino 1477 Casino Strip Blvd. P.O.Box 220 Robinsonville, MS 38664 | 2007 |
| 1,239.00 | Boyd Tunica, Inc. dba Sam's Town Hotel & Casino 1477 Casino Strip Blvd. P.O. Box 220 Robinsonville, MS 38664 | 2007 |
| 546.00 | Missouri Department of Revenue P.O. Box 2200 Jefferson City, MO 65105-2200 | 2007 |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Don Welge**<br>**State Street**<br>**Chester, IL 62233** | **02/01/2008** | **Duplex located at 2547 Travelers Way, Jackson, MO 63755**<br>**$250,000.00** |
| **Don Welge**<br>**State Street**<br>**Chester, IL 62233** | **02/01/2008** | **Building Lot located at 2335 Winesap Drive, Jackson, MO 63755**<br>**$32,900.00** |
| **Ford Credit**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5697** | **04/21/2008** | **2006 Ford Pickup Truck**<br>**$30,000.00** |
| **Ford Credit**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5697** | **04/21/2008** | **2003 Ford Mustang**<br>**$10,000.00** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRES OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Elpers & Inman, P.C.**<br>**601 Market St.**<br>**P.O. Box 404**<br>**Ste. Genevieve, MO  6 3670** | **03/25/2008** | **1214.00** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None  ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chester National Bank**<br>**1010 N. Main**<br>**Perryville, MO 63775** | **Checking Account**<br>**Account #065000144008**<br>**167.00** | **167.00**<br>**February 2008** |

## 12. Safe deposit boxes

None  ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None  ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None  ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Heather L. Bockman**<br>**1002 Allens Landing Rd.**<br>**Perryville, MO 63775** | **Chester National Bank**<br>**1010 North Main**<br>**Perryville, MO 63775**<br>**Heather L. Bockman**<br>**(Daughter's) Checking Account**<br>**#650002869 Linda M. Kennon is**<br>**the Representative Payee for**<br>**Heather L. Bockman**<br>**Value $147.73** | **Chester National Bank** |

## 15. Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 314 N West<br>Perryville, MO 63775 | Gary & Linda Kennon | 1992 through 2004 |

## 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Brent J. Buckman**

**Patty G. Moore**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.  List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ☑   c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☐   a.   *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **G&L Homes, LLC** | **20-1343394** | **1002 Allen Landings Road Perryville, MO 63775** | **Construction** | **01/01/2000** **01/01/2006** |

None ☑   b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **4/23/2008**            Signature of Debtor     **s/ Gary Alan Kennon**
                                            **Gary Alan Kennon**

Date **4/23/2008**            Signature of Joint Debtor (if any)     **s/ Linda Marie Kennon**
                                            **Linda Marie Kennon**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Frank J. Elpers** | s/Frank J. Elpers | 4/23/2008 |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:

**Elpers & Inman, P.C.**
**601 Market St.**
**P.O. Box 404**
**Ste. Genevieve, MO  6 3670**

**573-883-5000**

### Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

| | | |
|---|---|---|
| **Gary Alan Kennon** | X**s/ Gary Alan Kennon** | **4/23/2008** |
| | **Gary Alan Kennon** | |
| **Linda Marie Kennon** | Signature of Debtor | Date |
| | X **s/ Linda Marie Kennon** | **4/23/2008** |
| Printed Name(s) of Debtor(s) | **Linda Marie Kennon** | |
| | Signature of Joint Debtor | Date |
| Case No. (if known) | | |

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri

In re:  **Gary Alan Kennon**          **Linda Marie Kennon**          Case No. _____

Chapter   **7**   _____

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,214.00 |
| Prior to the filing of this statement I have received | $ | 1,214.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __4/23/2008__

**s/Frank J. Elpers** _____

Attorney Name.: **Frank J. Elpers**

District Court No.: **29972/33234**

State Registration No.: **29972**

Law Firm Name: **Elpers & Inman, P.C.**

Address: **601 Market St.**

**P.O. Box 404**

**Ste. Genevieve, MO  6 3670**

Telephone No.: **573-883-5000**

Fax No.: **573-883-3536**

E-mail address: **elpers_inman@ldd.net**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri

In re: **Gary Alan Kennon   Linda Marie Kennon**

_____
Debtors

Case No. _____

Chapter **7** _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  **2006 Ford Pickup Leather Seats, CD, Cruise Control, Tilt Steering, Power Windows, Power Locks, Power Seats, Heated Seats Mileage 35,978 Repoed** | **Ford Credit** | X | | | |
| 2.  **2003 Ford Mustang Cruise Control, CD, Tilt Steering, Power Windows, Power Locks Mileage 44,000 Repoed** | **Ford Credit** | X | | | |
| 3.  **Property located at 1002 Allen Landings, Perryville, MO 63775. (Surrendering)** | **HSBC Mortgage Services** | X | | | |
| 4.  **2005 Arctic Cat 4 Wheeler VIN #4UF05ATV75T261574** | **Sheffield Financial LLC** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

**s/ Gary Alan Kennon**     **4/23/2008**
_____
**Gary Alan Kennon**
Signature of Debtor          Date

**s/ Linda Marie Kennon**     **4/23/2008**
_____
**Linda Marie Kennon**
Signature of Joint Debtor (if any)     Date

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Missouri

In re: __Gary Alan Kennon   Linda Marie Kennon__          Case No. _____
Debtor(s)                                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

       ❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

       **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Gary Alan Kennon** _____

                     **Gary Alan Kennon**

Date:  **4/23/2008** _____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

In re

**Gary Alan Kennon**,                                    )          Case No. _____
                                                         )
                                                         )          Chapter _____7_____
**Linda Marie Kennon**,                                  )

                          Debtor(s).

## Verification of Creditor Matrix

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **13**  page(s) and is true, correct and complete.



**s/ Gary Alan Kennon** _____
Gary Alan Kennon


**s/ Linda Marie Kennon** _____
 Linda Marie Kennon


DATED **4/23/2008** _____

```
AMC Mortgage Services
P.O. Box 11000
Santa Ana, CA 92711



AMC Mortgage Services
505 City Pkwy W Ste 10
Orange, CA 92868-2927



American General Finance
601 NW Second St
P.O. Box 59
Evansville, IN 47701-0059



American General Finance
Evansville Acct Re
600 N Royal Ave
Evansville, IN 47715



American General Finance
600 N Royal Ave
Evansville, IN 47715



Bank of America
4060 Ogletown Stanton Rd.
Mail Code DE5-019-03-07
Newark, DE 19713



Bank of America
P.O. Box 15102
Wilmington, DE 19886-5102



Bank of America
P.O. Box 17054
Wilmington, DE 19884



Capital One
P.O. Box 60024
City of Industry, CA 91716-0024
```

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281


Car Care One
P.O. Box 960061
Orlando, FL 32896-0061


Car Care/GEMB
P.O. Box 981439
c/o Cardholder Operations
El Paso, TX 79998-1439


Chase
800 Brooksedge Blvd.
Westerville, OH 43081


Chase Bank USA, NA
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014


Chester National Bank
1112 State Street
P.O. Box 327
Chester, IL 62233-1659


Chester National Bank
165 W Broadway
P.O. Box 257
Sparta, IL 62286


Chester National Bank
1010 N Main
P.O. Box 450
Perryville, MO 63775

Chester National Bank
1414 S Main
Red Bud, IL 62278


Chester Savings Bank
1112 State Street
Chester, IL 62233-1659


Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241


Citi Cards
P.O. Box 688910
Des Moines, IA 50368-8910


Citi Cards
Attn:  Payments Department
1500 Boltonfield Street
Columbus, OH 43228


Citi Residential Lending
10801 6th Street
Rancho Cucamon, CA 91730


Citi Residential Lending
P.O. Box 11000
Santa Ana, CA 92711


Citi Residential Lending
505 City Pkwy W
Orange, CA 92868-2924


Citi Residential Lending
10801 6th Street
Rancho Cucamonga, CA 91730

Citibank CBSD NA
701 E 60th St. N
Sioux Falls, SD 57104


Citifinancial
P.O. Box 6931
The Lakes, NV 88901-6931


Citifinancial
P.O. Box 22064
Tempe, AZ 85285


Citifinancial
P.O. Box 6003
Attn:  Susan Walker
Hagerstown, MD 21747-6003


Citifinancial
P.O. Box 183041
Columbus, OH 43218-3041


Citifinancial
P.O. Box 499
Hanover, MD 21076-0499


Citifinancial Retail Services
P.O. Box 22060
Tempe, AZ 85285-2060


Citifinancial Services, Inc.
3441 E. William Street
Cape Girardeau, MO 63701-9507


City of Perryville
215 North West
Perryville, MO 63755

Credit First
P.O. Box 81344
Cleveland, OH 44188-0344


Credit First NA
6275 Eastland Rd
Brook Park, OH 44142


Credit First National Associates
P.O. Box 81083
Cleveland, OH 44181-0083


Customer Service Center
P.O. Box 542000
Omaha, NE 68154-8000


Diane M. Diebold, Collector
#1 Barton Square, Ste. #303
Jackson, MO 63755


Diane M. Diebold, Collector
#1 Barton Square, Ste. #303
Jackson, MO 63755


Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850-5316


Don Welge
State Street
Chester, IL 62233


Fashion Bug/Soanb
1103 Allen Dr.
Milford, OH 45150-8763

```
FMC - Omaha Service Center
P.O. Box 54200
Omaha, NE 68154-8000


FMC-Omaha Service Center
P.O. Box 54200
Omaha, NE 68154-8000


Ford Credit
P.O. Box 152271
Irving, TX 75015


Ford Credit
P.O. Box 105697
Atlanta, GA 30348-5697


Ford Credit
c/o Correspondence
P.O. Box 542000
Omaha, NE 68154-8000


Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000


Ford Motor Credit Company
P.O. Box 689007
Franklin, TN 37068-9007


GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061


GEMB KS Merchandise
P.O. Box 981439
El Paso, TX 79998
```

GEMB/Car Care One Tan
P.O. Box 981439
El Paso, TX 79998


GEMB/JCP
P.O. Box 981131
El Paso, TX 79998


GEMB/JCP
P.O. Box 981402
El Paso, TX 79998-1402


GEMB/Lowes
P.O. Box 981064
El Paso, TX 79998


Gemb/Lowes
P.O. Box 981400, C811
El Paso, TX 79998-1400


GEMB/Lowes
P.O. Box 981400, C811
El Paso, TX 79998-1400


Gemb/Sams Club
Monogram Credit Card Bank
P.O. Box 103036
Roswell, GA 30076-9036


GEMB/Sams Club
P.O. Box 981064
El Paso, TX 79998


GEMB/Sams Club
P.O. Box 981400
El Paso, TX 79998

```
GEMB/Walmart
P.O. Box 981400, C77W
El Paso, TX 79998-1400



HSBC Bank
12447 SW 69th Ave
Attn:  Dispute Processing
Tigard, OR 97223-8517


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197



HSBC Mortgage Services
P.O. Box 5249
Carol Stream, IL 60197-5249



HSBC Mortgage Services
Attn:  Payment Department
1301 Tower Road
Schaumburg, IL 60173


HSBC Mortgage Services
P.O. Box 60113
City of Industry, CA 91716



HSBC Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510-3942



HSBC Mortgage Services
P.O. Box 1967
Brandon, FL 33509-1967



HSBC/MS
P.O. Box 9068
Brandon, FL 33509
```

```
HSBC-GM Card
Dept. 9600
Carol Stream, IL 60128-9600




Internal Revenue Service
Insolvency
P.O. Box 66778
STOP 5334STL
St. Louis, MO  63166

JC Penney
P.O. Box 960090
Orlando, FL 32896-0090




Kentucky Finance Company
1430 N Kingshighway St
Cape Girardeau, MO 63701




K's Merchandise/Gemb
P.O. Box 981439
c/o Cardholder Operation
El Paso, TX 79998-1439




Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395




Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914




Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970




Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High St.
Jefferson City, MO  65105-0475
```

```
National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153-7901



Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500



Sallie Mae
P.O. Box 9533
Wilkes Barre, PA 18773-9533



Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500



Sallie Mae
P.O. Box 9533
Wilkes Barre, PA 18773-9533



Sallie Mae
P.O. Box 9533
Wilkes Barre, PA 18773-9533



Sallie Mae Servicing
1002 Arthur Dr.
Lynn Haven, FL 32444-1683



Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444-1683



Sallie Mae Servicing
P.O. Box 9533
Wilkes Barre, PA 18773-9533
```

```
Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942



Lowe's
P.O. Box 530970
Atlanta, GA 30353-0970



Sears Card
P.O. Box 6936
The Lakes, NV 88901-6936



Sears/CBSD
P.O. Box 6282
Sioux Falls, SD 57117-6282



Sears/CBSD
13200 Smith Rd.
Cleveland, OH 44130-7802



Sears/CBSD
P.O. Box 6189
Sioux Falls, SD 57117



Sheffield Financial Corp
2554 Lewisville Clemmons
Clemmons, NC 27012



Sheffield Financial LLC
P.O. Box 890641
Charlotte, NC 28289-0641



Sheffield Financial LLC
P.O. Box 1704
Clemmons, NC 27012
```

```
SM Servicing
P.O. Box 9500
Wilkes Barre, PA 18773-9500




Spirit of America National Bank
Attn:  Jeanne Sills
1103 Allen Drive
Milford, OH 45150




Student Loan Market Assistance
2000 Bluffs Dr.
Lawrence, KS 66044




Target
P.O. Box 59317
Minneapolis, MN 55459-0317




Target National Bank
Mail Stop 2BD
Minneapolis, MN 55440-9475




Target NB
P.O. Box 673
Minneapolis, MN 55440




TNB-Visa
3701 Wayzata Blvd
#2CF
Minneapolis, MN 55416-3401




Office of U.S. Trustee
111 South 10th St.
Suite 6353
St. Louis, MO  63102




VISA
P.O. Box 4512
Carol Stream, IL 60197-4512
```

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Gary Alan Kennon    Linda Marie Kennon** ,      Case No. _____

Debtors      Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 3,322.09 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 3,322.09 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,713.91 |
| Average Expenses (from Schedule J, Line 18) | $ 3,590.46 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ 2,569.20 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $-8,263.58 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 3,322.09 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $532,496.18 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $524,232.60 |

In re **Gary Alan Kennon, Linda Marie Kennon**

Debtor(s)

Case Number: _____
(If known)

| According to the calculations required by this statement: |
| --- |
| ☐ **The presumption arises** |
| ☑ **The presumption does not arise** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| **Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS** | |
| --- | --- |
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | | |
| --- | --- | --- | --- |
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** | | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| --- | --- | --- | --- |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $1,968.20 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | a. | Gross Receipts | $ 0.00 | | |
| --- | --- | --- | --- | --- | --- |
| | b. | Ordinary and necessary business expenses | $ 0.00 | | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| --- | --- | --- | --- |

| 5 | | | | | |
|---|---|---|---|---|---|
| | a. | Gross Receipts | $ 0.00 | | |
| | b. | Ordinary and necessary operating expenses | $ 0.00 | $0.00 | $0.00 |
| | c. | Rent and other real property income | Subtract Line b from Line a | | |

| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|

| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
|---|---|---|---|

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $0.00 | $601.00 |
|---|---|---|---|

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ _____ Spouse $ _____ | $0.00 | $0.00 |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ $ _____ <br> Total and enter on Line 10. | $0.00 | $0.00 |
|---|---|---|---|

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $0.00 | $2,569.20 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 2,569.20 |
|---|---|---|

## Part III.  APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $30,830.40 |
|---|---|---|

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence:  **MO** _____   b. Enter debtor's household size:  **3** _____ | $56,478.00 |
|---|---|---|

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |
|---|---|

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ _____ <br><br> Total and enter on Line 17 . | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items**. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. <br><br> <table><tr><td colspan="2">Household members under 65 years of age</td><td colspan="2">Household members 65 years of age or older</td></tr><tr><td>a1.</td><td>Allowance per member</td><td>a2.</td><td>Allowance per member</td></tr><tr><td>b1.</td><td>Number of members</td><td>b2.</td><td>Number of members</td></tr><tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr></table> | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** <br><br> <table><tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by home, if any, as stated in Line 42.</td><td>$</td></tr><tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a</td></tr></table> | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ❑ 0 ❑ 1 ❑ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>❑ 1 ❑ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42.</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
|---|---|---|

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
|---|---|---|

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes. social security taxes. and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|

| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
|----|----|----|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
|----|
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34 **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ _____ | $ |
|----|----|----|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no | |
| | | | | Total: Add Lines a, b and c | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| | Total: Add Lines a, b, and c | $ |

| | **Part VIII: VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: __4/23/2008__  Signature: **s/ Gary Alan Kennon**<br>**Gary Alan Kennon,** (Debtor)<br><br>Date: __4/23/2008__  Signature: **s/ Linda Marie Kennon**<br>**Linda Marie Kennon,** (Joint Debtor, if any) |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

In re   **Gary Alan Kennon**        Case No.
      **Linda Marie Kennon**
      Debtors.              Chapter    **7**

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $0.00 | $1,994.67 |
| Five months ago | $0.00 | $1,343.19 |
| Four months ago | $0.00 | $1,355.83 |
| Three months ago | $0.00 | $1,202.48 |
| Two months ago | $0.00 | $1,106.79 |
| Last month | $0.00 | $1,186.58 |
| Income from other sources | $0.00 | $0.00 |
| Total net income for six months preceding filing | $ 0.00 | $ 8,189.54 |
| **Average Monthly Net Income** | $ 0.00 | $ 1,364.92 |

      Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:    **4/23/2008**

           **s/ Gary Alan Kennon**
           **Gary Alan Kennon**

               Debtor

           **s/ Linda Marie Kennon**
           **Linda Marie Kennon**

               Joint Debtor